UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NATHAN BAHAM                                             CIVIL ACTION

VERSUS                                                   NO. 18-160-SDD-EWD

NATIONAL LIABILITY AND
FIRE INSURANCE COMPANY, ET AL.

# ORDER

Before the Court is a Second Supplemental and Amended Complaint (the "Amended Complaint") filed by plaintiff Nathan Baham.[1] In the Amended Complaint, Plaintiff asserts that the Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332.[2] The Amended Complaint contains the following allegations regarding the citizenship of the parties:

> The following named party is the complainant herein, to-wit:
> 1. Nathan T. Baham, a person of full age and majority and domiciled in St. Tammany Parish.
>
> The above named complainant respectfully represents as follows, to-wit:
>                                    I.
> The following named parties are made respondents herein, to-wit:
>
> (a) NATIONAL LIABILITY AND FIRE INSURANCE COMPANY, a Conencticut [sic] corporation domiciled in Stanford, Fairfield County, Connecticut and authorized to do and doing business in the State of Louisiana;
> (b) ALDACO TRUCKING, L.L.C., a Mississippi limited liability company with the sole member being Terry Jefferson who is domiciled in South Haven, DeSoto County, Mississippi with its principal place of business in Southaven, DeSoto County, Mississippi; and

---

[1] R. Doc. 9.
[2] R. Doc. 9 at Introductory Paragraph.

(c) TERRY JERELL JEFFERSON, a person of full age of majority domiciled in Southaven, DeSoto County, Mississippi.[3]

Proper information regarding the citizenship of all parties is necessary to establish the Court's diversity jurisdiction. In the Amended Complaint, citizenship has not been adequately alleged. While the citizenship of Nathan T. Baham, Aldaco Trucking, LLC and Terry Jerell Jefferson has been adequately alleged,[4] the citizenship of National Liability and Fire Insurance Company has not been properly alleged. The Fifth Circuit has held that, "For diversity jurisdiction purposes, a corporation is a citizen of the state in which it was incorporated and the state in which it has its principal place of business." *Getty Oil, Div. of Texaco v. Ins. Co. of North America*, 841 F.2d 1254, 1259 (5th Cir. 1988) (citing 28 U.S.C. § 1332(c)). Thus, to properly allege the citizenship of National Liability and Fire Insurance Company, Plaintiff must identify its place of incorporation and the corporation's principal place of business in accordance with the requirements of 28 U.S.C. § 1332(c).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Second Supplemental and Amended Complaint[5] is **STRICKEN** from the record for failing to comply with the Court's March 15, 2018 Order.[6] Plaintiff shall have seven (7) days from the date of this Order to file a comprehensive amended Complaint (*i.e.*, it may not refer back to or rely on any previous pleading) that includes all of Plaintiff's numbered allegations and adequately alleges the citizenship of all parties, which will become the operative complaint in this matter without reference to any other document in the

---

[3] R. Doc. 9 at Introductory Paragraph and ¶ I.
[4] With respect to Baham and Jefferson, the Fifth Circuit has explained that, "For diversity purposes, citizenship means domicile; mere residence in the State is not sufficient." *Mas v. Perry*, 489 F.2d 1396, 1399 (5th Cir. 1974) (citations omitted). With respect to Aldaco Trucking, LLC, the Fifth Circuit has held that for purposes of diversity, the citizenship of a limited liability company is determined by considering the citizenship of all its members. *Harvey v. Grey Wolf Drilling Co*., 542 F.3d 1077, 1080 (5th Cir. 2008).
[5] R. Doc. 9.
[6] *See*, R. Doc. 8.

record. Alternatively, Plaintiff or his representative shall appear and show cause for Plaintiff's failure to comply with the instant Order on **March 29, 2018** at 11:30 a.m. in Courtroom 5 before the undersigned Magistrate Judge.

Signed in Baton Rouge, Louisiana, on March 19, 2018.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**